IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00116-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DONNA STEENKAMP, an individual,

    Plaintiff,

v.

HSBC MORTGAGE SERVICES, INC., a corporation,

    Defendant.

---

### ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs has submitted a document titled "Civil Complaint in Response to Foreclosure," a document titled "Motion for Temporary Restraining Order of Foreclosure Sale, " and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiffs will be directed to cure the following if they wishes to pursue their claims. Any papers which the Plaintiffs files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   X   is not submitted (Each plaintiff must submit a § 1915 motion and affidavit)
(2)   X   is not on proper form (must use the court's current form)
(3)   ___  is missing original signature by Plaintiffs
(4)   ___  is missing affidavit
(5)   ___  affidavit is incomplete

(6)  __   affidavit is not notarized or is not properly notarized
(7)  __   names in caption do not match names in caption of complaint, petition or application
(8)  __   An original and a copy have not been received by the court. Only an original has been received.
(9)  _X_  other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint or Petition:**
(10) __
(11) _X_  is not on proper form (must use the court's current form)
(12) __   is missing an original signature by the Plaintiffs
(13) __   is incomplete
(14) __   uses et al. instead of listing all parties in caption
(15) __   An original and a copy have not been received by the court. Only an original has been received.
(16) __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __   names in caption do not match names in text
(18) __   other _____

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiffs fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED January 21, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00116-BNB

Donna Steenkamp
6027 S. Brook Forest Rd
Evergreen, CO 80439

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint** to the above-named individuals on January 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk