IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00116-ZLW

ANDRE STEENKAMP, and
DONNA I. STEENKAMP,

    Plaintiffs,

v.

HOUSEHOLD FINANCE CORP. III and
HSBC MORTGAGE SERVICES, INC.,

    Defendants.
_____

ORDER
_____

    The matter before the Court is Plaintiffs' request for a temporary restraining order (Doc. No. 3). Plaintiffs request a temporary restraining order (TRO) preventing Defendants from selling Plaintiffs' property.

    Pursuant to D.C.COLO.LCivR 65.1A.2., the Court "will not consider an ex parte motion for temporary restraining order" except in accordance with Fed. R. Civ. P. 65(b). Fed. R. Civ. P. 65(b)(1)(B) requires the Plaintiffs to certify "any efforts made to give notice and the reasons why it should not be required." Plaintiffs admit they made no attempt to provide notice to Defendants,[1] and explain this lack of notice by making the conclusory statement that "[a]n injunction is necessary to provide Petitioners a

---

[1] Information For TRO (Doc. No. 3-1).

meaningful opportunity to file their complain and to have this Court hear their case."[2] The Court finds Plaintiffs have failed to adequately explain why Defendants were not notified of this TRO request.  This Court notes that Plaintiffs had more than three weeks to provide notice to Defendants of the TRO.  This Court will not enter a temporary restraining order, absent extraordinary circumstances, without giving Defendants a meaningful opportunity to review and respond to the allegations.  Accordingly, it is

ORDERED that Plaintiffs' request for a temporary restraining order (Doc. No. 3; Jan. 18, 2011) is denied.  It is

FURTHER ORDERED that Plaintiffs' Motion For Expedited Ruling On Temporary Restraining Order . . . (Doc. No. 11; Feb. 7, 2011) is denied as moot.

DATED at Denver, Colorado, this 8th day of February, 2011.

           BY THE COURT:

           *Zita Leeson Weinshienk*

           _____
           ZITA LEESON WEINSHIENK, Senior Judge
           United States District Court

---

[2] Mot. For TRO Of Foreclosure Sale Until Further Order From This Ct. (Doc. No. 3), at 3.