F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 9 - 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 11-cv-00116-ZLW-MJW

ANDRE STEENKAMP, and
DONNA I. STEENKAMP,

    Plaintiffs,

v.

HOUSEHOLD FINANCE CORP. III and
HSBC MORTGAGE SERVICES, INC.,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the

Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

Dated: February 8, 2011

                                        BY THE COURT:

                                        */s/ Zita Leeson Weinshienk*

                                        UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00116-ZLW-MJW

Andre & Donna Steenkamp
6027 S. Brook Forest Rd.
Evergreen, CO 80439

US Marshal Service
Service Clerk
Service forms for: Household Finance Corp, III and HSBC Mortgage Services, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Household Finance Corp, III and HSBC Mortgage Services, Inc.: AMENDED COMPLAINT FILED 01/31/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on February 09, 2011.

                                              GREGORY C. LANGHAM, CLERK

                                              By: _____
                                                             Deputy Clerk