**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00116-CMA-MJW

ANDRE STEENKAMP, and
DONNA I. STEENKAMP,

      Plaintiffs,

v.

HOUSEHOLD FINANCE CORP. III, and
HSBC MORTGAGE SERVICES, INC.,

      Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. # 44), signed by the attorneys for the parties hereto, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED at Denver, Colorado, this   18th   day of July, 2011.

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge